## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HOWARD H. WILLIAMS-
BEARDEN, *et al.,*

   Plaintiffs,

 v.

MRS. M. CLOUSER, *et al.,*

   Defendants.

No. 4:20-CV-1495

(Chief Judge Brann)

## ORDER

### OCTOBER 12, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with a Court order.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith.  28 U.S.C. § 1915(a)(3).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge